RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 1 4 2014

FILED
DOCKETED
DATE            INITIAL

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## AT SEATTLE

Douglas Vogt,

                 Petitioner,

vs.

United States District Court, Western
District of Washington at Seattle,

                 Respondent.

_____/

Case No.:  13-74137

**MOTION TO EXPEDITE CONSIDERATION OF PETITION FOR WRITS OF MANDAMUS**

COMES NOW Douglas Vogt ("Vogt"), and prays that this Honorable Court expedite consideration of the Petition for Writs of Mandamus in this matter which has now been pending for forty-one (41) days without resolution, and states as follows:

## I.    An Important Issue and a Need for Speedy Consideration Is at Stake

It states the obvious to say that this is a case of the utmost national importance and urgency involving the Constitution's most fundamental rights as exercised in the Nation's most important election.  It is imperative that this Honorable Court hear Petitioner's claim as soon as practicable. This Court's expedited consideration of the Petition for Writs of Mandamus is warranted in order to ensure that Petitioner's constitutional right to (i) an Article II, §1 President and (ii) access a Grand Jury is not irretrievably lost.

Time is plainly of the essence: Courts have previously granted expedited treatment of

cases involving substantial questions of national importance. *See, e.g., Dames & Moore v. Regan*, 453 U.S. 654 (1981); *United States v. Nixon, 418 U.S. 683* (1974); *Youngstown Co. v. Sawyer*, 343 U.S. 579 (1952); *Ex parte Quirin*, 317 U.S. 1 (1942). The importance of this case is at least equal to, if not greater than, those landmark decisions. The Presidency, the constitutional rights of Petitioner, and the stability of our democratic process will be in dire jeopardy if this Court does <u>not</u> act soon.

## II.    Conclusion

WHEREFORE, Petitioner respectfully requests that this Court expedite consideration of the Petition for Writs of Mandamus and thereafter issue it's writs of *mandamus* to compel Judge Robart to: (i) correct the docket in the District Court to accurately reflect the proceedings below, (ii) acknowledge Vogt's discharge of his obligations under the Misprision statutes, and (iii) in so much as the "public interest so requires", summon a grand jury to hear Vogt's forensic evidence which demonstrates that the Certificates of Live Birth ("COLBs") proffered by Barack Hussein Obama II ("Obama") to prove his eligibility to be President are indisputably forgeries.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of foregoing was served without Exhibits by U.S. First Class Mail upon the Honorable Judge James L. Robart, U.S. District Court, 700 Stewart Street, Suite 2310, Seattle, WA 98101 this ___ day of January, 2014.

DOUGLAS VOGT
Petitioner
12819 S.E. 38th Street, #115
Bellevue, WA 98006
Telephone number: 425-643-1131
Email Address: Doug@vectorpub.com

By: _____
Douglas Vogt

3