**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DOUGLAS VOGT. | No. 13-74137 |
| DOUGLAS VOGT, | D.C. No. 2:13-cv-01880-JLR<br>Western District of Washington,<br>Seattle |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, SEATTLE, | |
| Respondent, | |
| BARACK OBAMA; et al., | |
| Real Parties in Interest. | |

Before:  TROTT, PAEZ, and BEA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

No further filings will be entertained in this closed case.

**DENIED**.

AS/MOATT